**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U S Courthouse, Suite 202
300 South 4th Street
Minneapolis, MN 55415

Divisional Offices
700 Federal Bldg.
316 No Robert Street
St. Paul, Mn 55101

RICHARD D. SLETTEN, CLERK
(612) 664-5000

417 U. S. Courthouse & Federal Building
515 West First Street
Duluth, MN 55802

November 28, 2006

**RE: Case Name:** USA vs Timothy Andre Williams
**Case Number:** 0:00-CR-00152 (1) PAM

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE PAID |
|---|---|---|
| Special Assessment | $ 100.00 | 8/13/01 |

Sincerely,

s/Jennifer Nurnberger
Financial Technician

SCANNED
NOV 29 2006
U.S. DISTRICT COURT MPLS

FILED 11/28/06
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 12-07-00
Deputy Clerk's Initials s/JN