PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Timothy Andre Williams**

**Docket No. 0:00CR00024-003(PAM) and Docket No. 0:00CR00152-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Timothy Andre Williams** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Docket No. 0:00CR00024-003(PAM), and Conspiracy to Commit Bank Fraud, Docket No. 0:00CR00152-001(PAM) on December 7, 2000, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-No alcohol; not to enter establishment where alcohol is sold
-Participate in drug/alcohol treatment program
-Mandatory drug testing
-30 days home confinement (modified March 16, 2007)
-14 days home confinement and 10 hours community service (modified on May 1, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION: The defendant shall abstain from use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On February 1, 2008, Mr. Williams was arrested by the Robbinsdale, Minnesota, police and charged with Fourth Degree Driving While Intoxicated-Misdemeanor.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
FEB 14 2008
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 13th day of February 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on February 11, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission