PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Timothy Andre Williams**

**Docket No. 0:00CR00024-003(PAM) and 0:00CR00152-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Timothy Andre Williams** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Docket No. 0:00CR00024-003(PAM), and Conspiracy to Commit Bank Fraud, Docket No. 0:00CR00152-001(PAM) on December 7, 2000, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol, not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; and mandatory drug testing

30 days home confinement (modified March 16, 2007)
14 days home confinement and 10 hours community service (modified on May 1, 2007)
60 days remote alcohol monitoring (modified February 13, 2008)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

STANDARD CONDITION #11: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On February 2, 2008, Mr. Williams was arrested by Minneapolis police and charged with Open Bottle in a Motor Vehicle-Misdemeanor. He was a passenger in a motor vehicle that was stopped by officers for a minor traffic violation. The driver and another passenger are convicted felons. Mr. Williams failed to notify this officer of his arrest.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAR 19 2008
U.S. DISTRICT COURT ST. PAUL

The defendant shall perform 16 hours of community service, as approved by the probation officer.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

ORDER OF THE COURT

Considered and ordered this 18th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on March 17, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission