AO 442 (Rev. 5/93) Warrant for Arrest
RECEIVED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2008 MAY -7 A 11:46
RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

0841-0508-1081-0

CASE NUMBER: **CR 00-152(1) PAM/JGL**

Timothy Andre Williams

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Timothy Andre Williams

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Paul A. Magnuson, United States District Court Judge .

May 6, 2008 at St. Paul, MN

(By) Brenda J. Schaffer, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

**ARRESTED ON** 5-6-08
**ARRESTED BY** Internal Detainer
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** _______________

SCANNED
JUN 06 2008
U.S. DISTRICT COURT ST. PAUL